Henry G. Wykowski (State Bar No. 068255)
**HENRY G. WYKOWSKI & ASSOCIATES**
235 Montgomery Street, Suite 657
San Francisco, CA 94104
Telephone:  (415) 788-4545
Facsimile:  (415) 788-4546

*Attorneys for Respondent*
BAY AREA SAFE ALTERNATIVES COLLECTIVE, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>BAY AREA SAFE ALTERNATIVES COLLECTIVE, INC.,<br><br>Respondent. | **Case No. CV 14-0444 MEJ**<br><br>[STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING HEARING ON ORDER TO SHOW CAUSE AS TO WHY SUMMONS SHOULD NOT BE ENFORCED AND EXTENDING DEADLINE FOR RESPONDENT TO RESPOND<br><br>**Petition Filed: 1/30/2014**<br>**The Honorable Maria Elena James** |

1.   WHEREAS, this Court previously ordered that Respondent Bay Area Safe Alternatives, Inc. file a written response to the Court's Order to Show Cause by March 6, 2014.

2.   WHEREAS, this Court previously ordered that a hearing on the Order to Show Cause be held on March 27, 2014 at 10:00 A.M.

STIPULATION AND PROPOSED ORDER

1

3. WHEREAS, counsel for Petitioner and counsel for Respondent are presently negotiating a resolution to this petition that may eliminate the need for the Court to issue a ruling, the parties have agreed to continue the presently pending deadline and hearing date.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The time for Respondent to respond to the Order to Show Cause is hereby continued 60 days to May 5, 2014, and the hearing on the Order to show cause is hereby continued to May 26th, at a time convenient for the court.

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Tax Division
*Counsel for Petitioner*

/s/ Henry Wykowski
HENRY WYKOWSKI
*Counsel for Respondent*

### ~~[PROPOSED]~~ ORDER

GOOD CAUSE APPEARING, and in the interests of justice, it is hereby ordered that the deadline for Respondent to file a response to the Order to Show Cause is hereby continued to May ~~5~~ 8, 2014, and the hearing on the Order to Show Cause is hereby continued and shall be held on ~~May 26th~~ ( May 29, 2014 ) at 10:00 a.m., Courtroom B, 15th Floor.

SO ORDERED

February 28, 2014
DATE

_____
THE HON. MARIA ELENA JAMES

STIPULATION AND PROPOSED ORDER